## THE LEOPARD.

### THE SAMSON.

### UNITED STATES v. BURNS BROS., Inc.

District Court, S. D. New York.
April 26, 1932.

The United States Attorney, for the United States.

Alexander, Ash & Jones, of New York City, for respondent.

CAFFEY, District Judge.

The statute provides that there shall be no recovery for salvage services if suit therefor be brought later than two years "from the date" the salvage was rendered. 46 USCA § 730. The services here involved were rendered June 14, 1922, and the libel was filed June 14, 1924.

A suit was commenced the day the libel was filed. Leveille v. Eastern S. S. Lines (D. C.) 12 F.(2d) 486. In estimating a period "from" which time runs, the first day is excluded. New York Life Ins. Co. v. Bullock (C. C. A.) 26 F.(2d) 666. In consequence, the present action was begun within the two years prescribed by the statute.

Moreover, the government not being specifically mentioned, the statute does not create a bar by limitation against it. Matter of Cuban Atlantic Transport Corporation, Bankrupt (C. C. A. 2) 57 F.(2d) 963, per Swan, J.

Exceptions to the libel overruled.

## THE CARNIA.

District Court, S. D. New York.
April 12, 1932.

Theo. L. Bailey, of New York City, for libelant.

Loomis & Ruebush, of New York City, for respondent.

CAFFEY, District Judge.

The fact that the consent dismissal was "with costs" does not avoid the necessity of determining of what items, in such circumstances, costs consist.

Under R. S. § 824 (28 USCA § 572), it seems settled in this district that, the cause having been dismissed without trial, a docket fee cannot be taxed. The Dwinsk (D. C.) 227 F. 958. Cf. Peerless Light Co. v. Leviton (D. C.) 247 F. 606.

Apart from the somewhat ambiguous phraseology contained in the stipulation when the depositions were taken, where, as here, they were not put in evidence, the rule in this district is that "disbursements with respect to said depositions" cannot be included in the bill of costs. The Persiana (D. C.) 158 F. 912.

No decision to the contrary has been called to my attention by the claimant.

Motion for retaxation, so as to eliminate the docket fee and the disbursements, granted. Settle order on notice.